| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Alarcon, Arthur L. | 2. Court or Organization<br><br>U.S. Court of Appeals | 3. Date of Report<br><br>04/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>312 No. Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. 6/76 | Employee's Retirement Benefit (State of California) |
| 3. 6/92 | State Judge's Pension |

Alarcon, Arthur L.

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Retirement Benefits, State of California | $2,522.00 |
| 2. 2009 | Retirement Benefits, Los Angeles County | $11,564.00 |
| 3. 2009 | Retirement Benefits, State of California Judges | $41,920.00 |
| 4. 2009 | West Services Inc. | $13,297.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Retirement Plan of Citibank |
| 2. 2009 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. U.S. Treasury Bills | A | Interest | K | T | Redeemed (part) | 06/04/09 | K | . | |
| 3. | | | | | Buy (add'l) | 06/04/09 | K | | |
| 4. | | | | | Redeemed (part) | 12/03/09 | K | | |
| 5. | | | | | Buy (add'l) | 12/03/09 | K | | |
| 6. | | | | | Redeemed (part) | 08/28/09 | K | | |
| 7. | | | | | Buy (add'l) | 08/28/09 | K | | |
| 8. United Airline Stock | | None | J | T | | | | | |
| 9. Citibank Accounts | A | Interest | K | T | | | | | |
| 10. Brokerage Account #1: | | | | | | | | | |
| 11. - TD Ameritrade MMDA Sweep Account | A | Interest | K | T | | | | | |
| 12. - Citigroup Stock | A | Dividend | J | T | | | | | |
| 13. - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 14. - Hewlett Packard Stock | A | Dividend | K | T | | | | | |
| 15. - Microsoft Stock | A | Dividend | J | T | | | | | |
| 16. - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 17. - Nokia Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IBM Stock | A | Dividend | J | T | | | | | |
| 19. - Sara Lee Stock | A | Dividend | J | T | | | | | |
| 20. - Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 21. - Paterson-UTI Energy Inc Stock | A | Dividend | J | T | | | | | |
| 22. Brokerage Account #2: | | | | | | | | | |
| 23. - TD Ameritrade MMDA Sweep Account | A | Interest | K | T | | | | | |
| 24. - Honeywell Stock | A | Dividend | K | T | | | | | |
| 25. - Cisco Stock | | None | K | T | Sold (part) | 10/23/09 | J | | |
| 26. - Pfizer Stock | A | Dividend | J | T | | | | | |
| 27. - Merck Stock | A | Dividend | J | T | | | | | |
| 28. - International Paper Stock | A | Dividend | | | Sold | 10/23/09 | J | | |
| 29. - EXXON Mobile Corp Stock | A | Dividend | J | T | | | | | |
| 30. - 3M Company Stock | A | Dividend | J | T | | | | | |
| 31. - Intel Stock | A | Dividend | J | T | | | | | |
| 32. - Clorox Company Stock | A | Dividend | J | T | | | | | |
| 33. - Newell Rubbermaid Inc Stock | A | Dividend | J | T | | | | | |
| 34. - Citigroup Inc Stock | A | Dividend | J | T | Buy (add'l) | 10/23/09 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - GE Stock | A | Dividend | J | T | | | | | |
| 36. Brokerage Account #3: | | | | | | | | | |
| 37. - Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 38. - Lehman Commercial Bank CD | C | Interest | | | Redeemed | 08/17/09 | L | | |
| 39. - Calif State Bond (acquired 12/15/08) | D | Interest | M | T | | | | | |
| 40. - Carolina First Bank CD | B | Interest | | | Redeemed | 01/30/09 | L | | |
| 41. - National Bank CD | C | Interest | | | Redeemed | 06/19/09 | L | | |
| 42. - Silverton Bank CD | B | Interest | | | Redeemed | 05/07/09 | L | | |
| 43. - Southwest Bank CD | D | Interest | L | T | | | | | |
| 44. - American Express FSB CD | A | Interest | | | Buy | 02/03/09 | L | | |
| 45. | | | | | Redeemed | 05/11/09 | L | | |
| 46. - Midfirst Bank CD | | None | L | T | Buy | 05/21/09 | L | | |
| 47. - Carolina First Bank CD | | None | L | T | Buy | 05/21/09 | L | | |
| 48. - Beal Bank CD | A | Interest | | | Buy | 06/24/09 | M | | |
| 49. | | | | | Redeemed | 09/30/09 | M | | |
| 50. - First Bank PR CD | A | Interest | | | Buy | 08/21/09 | L | | |
| 51. | | | | | Redeemed | 11/30/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - GE Money Bank CD | | None | M | T | Buy | 10/06/09 | M | | |
| 53.  - Ca St Rev Bond (acquired 12/01/09) | | None | L | T | Buy | 12/01/09 | L | | |
| 54.  Brokerage Account #4: | | | | | | | | | |
| 55.  - Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 56.  - American Exp Bank CD | A | Interest | | | Redeemed | 03/03/09 | M | | |
| 57.  - Bank India CD | C | Interest | | | Redeemed | 07/08/09 | L | | |
| 58.  - Colonial Bank CD | C | Interest | | | Redeemed | 06/04/09 | L | | |
| 59.  - Wachovia Bank CD | A | Interest | | | Redeemed | 04/13/09 | L | | |
| 60.  - Bank Baroda CD | | None | M | T | Buy | 09/14/09 | M | | |
| 61.  - Beal Bank CD | A | Interest | | | Buy | 06/04/09 | M | | |
| 62. | | | | | Redeemed | 09/09/09 | M | | |
| 63.  - Wilmington TR CO CD | A | Interest | | | Buy | 07/15/09 | M | | |
| 64. | | | | | Redeemed | 10/22/09 | M | | |
| 65.  - Greystone Bank CD | | None | L | T | Buy | 11/12/09 | L | | |
| 66.  - Ca St Econ Recov Ser B Bond (acquired 5/21/09) | B | Interest | L | T | Buy | 05/21/09 | L | | |
| 67.  - Ca St Pub Wks Brd Bond (acquired 3/24/09) | C | Interest | L | T | Buy | 03/24/09 | L | | |
| 68.  - Ca St Univ Rev Ref Bond (acquired 03/24/09) | B | Interest | K | T | Buy | 03/24/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - Ca St Econ Recov Ser A Bond (acquired 4/23/09) | B | Interest | K | T | Buy | 04/23/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII: differences between 2008 and 2009 for entries in Column B (Income) and C (Gross Value) are due to fluctuation in stock prices and interest/dividends.

2) Part VII, the "Audit" flagged lines 10, 22, 36, and 54 with "...if the entry in column A is not a header then...." The entries in lines 10, 22, 36, and 54 are headers.

3) Part VII, lines 37 and 55, Column A: formerly Wachovia Bank. (Column A is not large enough to add "(formerly Wachovia Bank)" after Wells Fargo Bank.)

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 04/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544